NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**CUPP COMPUTING AS,**
*Appellant*

**v.**

**TREND MICRO INC.,**
*Appellee*

**KATHERINE K. VIDAL, UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE,**
*Intervenor*

_____

2020-2059

_____

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2019-00368.

_____

**JUDGMENT**

_____

JAMES R. HANNAH, Kramer Levin Naftalis & Frankel LLP, Redwood Shores, CA, argued for appellant. Also represented by PAUL J. ANDRE; JEFFREY PRICE, New York, NY.

2                          CUPP COMPUTING AS v. TREND MICRO INC.


ROBERT BUERGI, DLA Piper LLP (US), East Palo Alto, CA, argued for appellee. Also represented by MARK D. FOWLER; STANLEY JOSEPH PANIKOWSKI, III, San Diego, CA.

MARY L. KELLY, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, for intervenor. Also represented by DANIEL KAZHDAN, THOMAS W. KRAUSE, FARHEENA YASMEEN RASHEED.

––––––––––––––––––

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, TARANTO, and STARK, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**


ENTERED BY ORDER OF THE COURT


October 6, 2022          /s/ Peter R. Marksteiner
     Date               Peter R. Marksteiner
                        Clerk of Court